```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

---------------------------X

**NUVEEN MUNICIPAL TRUST,**

        Plaintiff,

   vs.                     Civil No. 08-5994 (GEB)

**WITHUMSMITH & BROWN, P.C., et al.,**

        Defendants,

---------------------------X

The Court having concluded that this case should be administratively terminated pending the result of appeal;

Therefore, it is on this 14th day of June, 2011,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

 

                                              S/Garrett E. Brown, Jr.
                                              GARRETT E. BROWN, JR.
                                              Chief United States District Judge